MARK GOLDROSEN, Bar No 101731
Attorney at Law
139 Townsend Street, Suite 201
San Francisco, CA 94107

(415) 495-0112

Attorney for Defendant MIN SUNG KIM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO VENUE

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MIN SUNG KIM,

Defendant.

NO. CR-05-00447-CRB

{~~PROPOSED}~~ ORDER TO AMEND CONDITIONS OF RELEASE RE: TRAVEL RESTRICTION

FOR GOOD CAUSE HAVING BEEN SHOWN, AND BASED ON THE CONCURRENCE OF THE GOVERNMENT AND THE UNITED STATES PRETRIAL SERVICES, the travel restrictions imposed by the defendant's release bond may be lifted for the dates November 4-6, 2005, so that the defendant may visit her father in Los Angeles, California. The defendant will travel by car from her home in San Jose, leaving no earlier than 6:00 a.m. on November 4, 2005. While in Los Angeles, she will stay with her parents at 2600 West 8th Street, #202, Los Angeles, CA 90057 (telephone number 213-284-8054). She will return home on November 6, 2005, arriving no later than 11:00 p.m. All other conditions of release are to remain in effect unless, and until, further Order of this Court is made.

DATED: November 03, 2005

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
APPROVED
Judge Charles R. Breyer

CHARLES R. BREYER
United States District Judge