1  MARK GOLDROSEN, Bar No 101731
   Attorney at Law
2  139 Townsend Street, Suite 201
   San Francisco, CA  94107
3
   (415) 495-0112
4
   Attorney for Defendant MIN SUNG KIM
5

6              IN THE UNITED STATES DISTRICT COURT

7       FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO VENUE

8

9  UNITED STATES OF AMERICA,           )   NO. CR-05-00447-CRB
                                       )
10               Plaintiff,            )
                                       )   [PROPOSED] ORDER TO AMEND
11 vs.                                 )   CONDITIONS OF RELEASE
                                       )   RE:  TRAVEL RESTRICTION
12 MIN SUNG KIM,                       )
                                       )
13               Defendant.            )
                                       )
14                                     )
                                       )
15                                     )
                                       )
16 _____)

17      FOR GOOD CAUSE HAVING BEEN SHOWN, AND BASED ON THE

18 CONCURRENCE OF THE GOVERNMENT AND THE UNITED STATES PRETRIAL

19 SERVICES, the travel restrictions imposed by the defendant's release bond may be lifted for the

20 dates June 15-17, 2006, so that the defendant may visit her parents in Los Angeles, California.

21 The defendant will travel by car from her home in San Jose, leaving no earlier than 6:00 a.m. on

22 June 15, 2006.  While in Los Angeles, she will stay with her parents at 2600 West 8th Street,

23 #202, Los Angeles, CA 90057 (telephone number 213-284-8054).  She will return home on June

24 17, 2006, arriving no later than 11:00 p.m.  All other conditions of release are to remain in effect

25 unless, and until, further Order of this Court is made.

26 DATED: June  13 , 2006

27 _____
                        CHARLES R. BREYER
28                      United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*