1  MARK GOLDROSEN, Bar No 101731
   Attorney at Law
2  255 Kansas Street, Suite 340
   San Francisco, CA  94103
3
   (415) 565-9600
4
   Attorney for Defendant
5  MIN SUNG KIM

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO VENUE

11

12  UNITED STATES OF AMERICA,            )   NO. CR-05-0447 CRB
                                         )
13            Plaintiff,                 )
                                         )
14  vs.                                  )   **STIPULATION AND [PROPOSED]**
                                         )   **ORDER CONTINUING DATE FOR**
15  MIN SUNG KIM,                        )   **JUDGMENT AND SENTENCE**
                                         )
16            Defendant.                 )
                                         )
17                                       )
                                         )
18                                       )
                                         )
19  _____ )

20       The parties in this case stipulate as follows:

21       1.   The case is presently scheduled for judgment and sentencing on September 6,

22  2006, at 2:00 p.m.

23       2.   Good cause exists for continuing the Judgment and Sentencing hearing to October
                    2:15
24  25, 2006, at 2:00 p.m., for the following reason.

25       3.   The United States Probation Officer preparing the presentence report was changed

26  due to a potential conflict of interest.  The case was reassigned to Probation Officer Sara Black

27  on approximately August 2, 2006.  Ms. Black was able to interview defendant Kim on August 4,

28  2006, but needs additional time to complete her investigation and prepare the presentence report.

         4.   Probation Officer Black has requested that defense counsel seek a continuance of the

date for entry of judgment and sentencing.

IT IS SO STIPULATED.

DATED: August 7, 2006

_____
MARK GOLDROSEN
Attorney for Defendant MIN SUNG KIM

DATED: August 9, 2006

_____
PETER B. AXELROD
Assistant United States Attorney

Pursuant to the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that the Judgment and Sentencing hearing be continued until October 25, 2006, at 2:15 ~~2:00~~ p.m.

DATED: August 14, 2006

_____
CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

- 2 -