MARK GOLDROSEN, Bar No 101731
Attorney at Law
255 Kansas Street, Suite 340
San Francisco, CA 94103

(415) 565-9600

Attorney for Defendant
MIN SUNG KIM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| UNITED STATES OF AMERICA, | ) | NO. CR-05-0447 CRB |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR JUDGMENT AND SENTENCE** |
| MIN SUNG KIM, | ) | |
| Defendant. | ) | |

The parties in this case stipulate as follows:

1. The case is presently scheduled for judgment and sentencing on September 6, 2006, at 2:00 p.m.

2. Good cause exists for continuing the Judgment and Sentencing hearing to October 25, 2006, at 2:00 [2:15] p.m., for the following reason.

3. The United States Probation Officer preparing the presentence report was changed due to a potential conflict of interest. The case was reassigned to Probation Officer Sara Black on approximately August 2, 2006. Ms. Black was able to interview defendant Kim on August 4, 2006, but needs additional time to complete her investigation and prepare the presentence report.

4. Probation Officer Black has requested that defense counsel seek a continuance of the

1  date for entry of judgment and sentencing.

2  IT IS SO STIPULATED.

3  DATED: August 7, 2006

4  

5  _____
MARK GOLDROSEN
Attorney for Defendant MIN SUNG KIM

6  DATED: August 9, 2006

7  _____
PETER B. AXELROD
Assistant United States Attorney

8  

9  

10      Pursuant to the stipulation of the parties and for good cause shown, IT IS HEREBY

11  ORDERED that the Judgment and Sentencing hearing be continued until October 25, 2006, at 2:15

12  ~~2:00~~ p.m.

13  

14  DATED:  August 14, 2006

15  _____
CHARLES R. BREYER
United States District Judge

**IT IS SO ORDERED**
Judge Charles R. Breyer